# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| **ST. CLAIR INTELLECTUAL PROPERTY CONSULTANTS, INC.,**<br><br>Plaintiff,<br><br>v.<br><br>**ACER, INC., et al.,** Defendants.<br><br>**MICROSOFT CORPORATION,**<br><br>Plaintiff,<br><br>v.<br><br>**ST. CLAIR INTELLECTUAL PROPERTY CONSULTANTS, INC.,**<br><br>Defendant. | Case No. 12-80229 JSW (EDL)<br><br>(Case No. 10-cv-282 pending in the District of Delaware)<br><br>**[PROPOSED] ORDER ON MICROSOFT CORPORATION'S MOTION TO WITHDRAW ITS MOTION FOR AN ORDER FOR MICHIO FUJIMURA TO SHOW CAUSE WHY HE SHOULD NOT BE HELD IN CONTEMPT** |

1    WHEREAS, Microsoft Corporation ("Microsoft") has filed a Motion to Withdraw its Motion for an Order to Show Cause, without prejudice to renew that motion if facts or testimony arise that indicate that Michio Fujimura has withheld documents responsive to Microsoft's subpoena, and without prejudice to Microsoft's right to seek costs or fees by separate motion pursuant to Rule 37.

WHEREAS, a hearing on the Motion for an Order to Show Case has been set before the Honorable Elizabeth D. LaPorte for November 6, 2012 at 9:00 a.m., Courtroom E, 15th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco, California  94102.

THEREFORE, based on the papers and pleadings on file and good cause appearing, the Court hereby GRANTS Microsoft's Motion to withdraw its Motion for an Order for Michio Fujimura to Show Cause Why He Should Not Be Held In Contempt of this Court and ORDERS:

1.   Microsoft's Motion to Withdraw its Motion for an Order for Michio Fujimura to Show Cause Why he Should not be Held in Contempt of this Court is GRANTED, without prejudice to renew that motion if facts or testimony arise that indicate that Michio Fujimura has withheld documents responsive to Microsoft's subpoena, and without prejudice to Microsoft's right to seek costs or fees by separate motion pursuant to Rule 37.

SO ORDERED this __9th__ day of _____October_____, 2012.

_____
THE HONORABLE ELIZABETH D. LAPORTE
United States Magistrate Judge